# United States Bankruptcy Court
### Western District of Pennsylvania

In re **Donald Turacy**     Debtor(s)

Case No. **22-21257**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Donald Turacy**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **August 2, 2022**

Signature **/s/ Donald Turacy**
**Donald Turacy**
Debtor

**PHILIPS**

EMP #
10331266
Cost Center: 2475

EARNINGS STATEMENT

Philips RS North America
c/o Philips People Services
414 Union Street, Suite 200
Nashville, TN 37219
Ph.1-888-367-7223

Period Beginning: 06/20/2022
Period Ending: 07/03/2022
Check Date: 07/08/2022
Pers. No 10331266

Donald Turacy
3323 Hermar Court
Murrysville PA 15668

| Earnings | PP Date | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|---|
| Reg Time | 07/03 | 17.58 | 36.00 | 632.88 | 16,165.11 |
| OT 1.5 | 07/03 | 26.37 | 0.35 | 9.23 | 1,421.13 |
| EmergCl | | | | | 550.32 |
| Shft7.5% | 07/03 | | | 106.17 | 1,474.36 |
| PerfShar | | | | | 547.69 |
| RentBonu | 07/03 | | | 500.00 | 3,000.00 |
| Bonus | | | | | 1,000.00 |
| SpecComp | 07/03 | | | 3.09 | 40.65 |
| Holiday | 07/03 | 17.58 | 8.00 | 140.64 | 690.96 |
| Vacation | 07/03 | 17.58 | 36.00 | 632.88 | 1,050.72 |
| Sick pay | | | | | 893.76 |
| Gross Pay | | | | 2,024.89 | 26,834.70 |

Tax Deductions: Federal
Withholding Tax                206.12-    2,451.15-
EE Social Security Tax         121.29-    1,609.64-
EE Medicare Tax                 28.37-      376.45-
Tax Deductions: Pennsylvania
Withholding Tax                 60.06-      797.02-
EE Unemployment Tax              1.22-       16.13-
Tax Deductions: Murrysville Borough
Withholding Tax                 23.48-      311.55-
Tax Deductions: Upper Burrell Townsh
Local Services Tax               2.00-       28.00-

Additional Deductions
*Medical                        35.50-      461.50-
*Dental                          5.50-       71.50-
*Vision                          4.53-       58.89-
*ABHP HSA EE Pretax             23.08-      323.12-
*POWERsaver Pre-Tax             91.31-    1,430.18-
LTD                              2.06-       26.78-
Optional Life - E...            12.18-      158.34-

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| POWERsaver ER | 106.53 | 1,668.59 |
| HSA Employer Con | | 620.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,405.79 |

Quota
Sick Leave Balance          48.00
Carryover                    0.00
Projected Annual Accrual   122.96
Vacation Used               68.00
Projected Annual Balance    54.78

Your federal taxable wages    1,864.97

*Excluded from Federal Taxable Wages

---

Philips RS North America
6501 Living Place
Pittsburgh        PA  15206
Phone

Check Date: 07/08/2022

THIS IS NOT A CHECK!!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Donald Turacy | Bank transfer | XXXXX6 | 043000096 | USD | 1,405.79 |

NON - NEGOTIABLE

**PHILIPS**

EARNINGS STATEMENT

EMP #
10331266
Cost Center: 2473

Philips RS North America
c/o Philips People Services
414 Union Street, Suite 200
Nashville, TN 37219
Ph.1-888-367-7223

Period Beginning: 06/20/2022
Period Ending:    07/03/2022
Check Date:       07/08/2022
Pers. No          10331266

Donald Turacy
3323 Hermar Court
Murrysville PA  15668

```
PAI - EE                          2.40-        31.20-
---------------------------------------------------------
Total Net Pay                  1,405.79     18,725.51
---------------------------------------------------------

Total Work Hours for Pay period              36.35
---------------------------------------------------------
```

Philips RS North America
6501 Living Place
Pittsburgh        PA  15206
Phone

Check Date: 07/08/2022

THIS IS NOT A CHECK!!!

Deposited to the account of:     Payment Type     Account No.   Bank/Check No.            Amount
-------------------------------------------------------------------------------------------------
Donald Turacy

NON - NEGOTIABLE

**PHILIPS**

EMP # 10331266
Cost Center: 2475

E A R N I N G S   S T A T E M E N T

Philips RS North America
c/o Philips People Services
414 Union Street, Suite 200
Nashville, TN 37219
Ph.1-888-367-7223

Period Beginning: 06/06/2022
Period Ending:    06/19/2022
Check Date:       06/24/2022
Pers. No          10331266

Donald Turacy
3323 Hermar Court
Murrysville PA  15668

| Earnings | PP Date | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|---|
| Reg Time | 06/19 | 17.58 | 80.00 | 1,406.40 | 15,532.23 |
| OT 1.5 | 06/19 | 26.37 | 0.80 | 21.10 | 1,411.90 |
| EmergCl | | | | | 550.32 |
| Shft7.5% | 06/19 | | | 107.06 | 1,368.19 |
| PerfShar | | | | | 547.69 |
| RentBonu | | | | | 2,500.00 |
| Bonus | | | | | 1,000.00 |
| SpecComp | | | | | 37.56 |
| Holiday | | | | | 550.32 |
| Vacation | | | | | 417.84 |
| Sick pay | | | | | 893.76 |
| Gross Pay | | | | 1,534.56 | 24,809.81 |

Tax Deductions: Federal
  Withholding Tax                97.19-    2,245.03-
  EE Social Security Tax         90.89-    1,488.35-
  EE Medicare Tax                21.25-      348.08-
Tax Deductions: Pennsylvania
  Withholding Tax                45.00-      736.96-
  EE Unemployment Tax             0.92-       14.91-
Tax Deductions: Murrysville Borough
  Withholding Tax                17.59-      289.07-
Tax Deductions: Upper Burrell Township
  Local Services Tax                         28.00-

Additional Deductions
  *Medical                       35.50-      426.00-
  *Dental                         5.50-       66.00-
  *Vision                         4.53-       54.36-
  *ABHP HSA EE Pretax            23.08-      300.04-
  *ABHP HSA EE Pretax
  *POWERsaver Pre-Tax            92.07-    1,338.87-
  LTD                             2.06-       24.72-

Other Benefits and Information       This Period    Year-to-Date
POWERsaver ER                           107.42         1,562.06
HSA Employer Con                                         620.00

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,084.40 |

Quota
Sick Leave Balance           48.00
Carryover                     0.00
Projected Annual Accrual    122.96
Vacation Used                68.00
Projected Annual Balance     54.78

Your federal taxable wages    1,373.88

*Excluded from Federal Taxable Wages

---

Philips RS North America
6501 Living Place
Pittsburgh       PA  15206
Phone

Check Date: 06/24/2022

T H I S   I S   N O T   A   C H E C K !!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Donald Turacy | Bank transfer | XXXXX6 | 043000096 | USD | 1,084.40 |

N O N - N E G O T I A B L E

```
PHILIPS                                          E A R N I N G S   S T A T E M E N T
            EMP #
            10331266
Cost Center: 2475


Philips RS North America                         Period Beginning: 06/06/2022
c/o Philips People Services                      Period Ending:    06/19/2022
414 Union Street, Suite 200                      Check Date:       06/24/2022
Nashville, TN  37219                             Pers. No          10331266
Ph.1-888-367-7223

                                                 Donald Turacy
                                                 3323 Hermar Court
                                                 Murrysville PA  15668




   Optional Life - EE              12.18-        146.16-
   PAI - EE                         2.40-         28.80-
   -----------------------------------------------------------
   Total Net Pay                 1,084.40      17,319.72
   -----------------------------------------------------------


   -----------------------------------------------------------
   Total Work Hours for Pay period               80.80
   -----------------------------------------------------------
```

```
Philips RS North America
6501 Living Place
Pittsburgh              PA  15206                Check Date:06/24/2022
Phone


   T H I S  I S  N O T  A  C H E C K !!!



Deposited to the account of:       Payment Type      Account No.   Bank/Check No.               Amount
-----------------------------------------------------------------------------------------------------
Donald Turacy


                                                                            N O N - N E G O T I A B L E
```