FILED
7/13/23 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 22-21257-GLT |
| Donald Turacy,<br>    Debtor(s). | Chapter 13 |
| | Related to Doc. Nos. 65 & 67 |
| Donald Turacy,<br>    Movant(s),<br>vs.<br>Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee,<br>    Respondent(s). | |

**CONSENT ORDER OF COURT SETTLING PROSPECTIVE TRUSTEE OBJECTION TO APPLICATION TO EMPLOY SPECIAL COUNSEL IN PERSONAL INJURY CASE**

WHEREAS, the Debtor filed an APPLICATION TO EMPLOY SPECIAL COUNSEL IN PERSONAL INJURY CASE (at Doc 65) (the "Employment Motion");

WHEREAS, the Trustee communicated an intention to object to the employment motion to the extent it sought nunc pro tunc relief;

WHEREAS, the total filed unsecured creditors are a nominal $3,016.32;

WHEREAS, to ensure that the engagement is in the best interests of the estate (and thereby moot the objection) the Debtor agrees that to the extent there is a recovery in the litigation either as a result of judgment or by way of settlement that the sum of $3,016.32 plus Trustee fees on that amount will be carved out of the recovery and be distributed to the Trustee for the benefit of unsecured creditors; and

NOW THEREFORE, in light of the above agreement, the Trustee waives any objection to the employment of special counsel.

So Ordered, this 13th Day of July, 2023 ___.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Consented to:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Lawrence W Willis
Lawrence W Willis, Esquire (PA I.D. #85299)
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
lawrencew@urfreshstrt.com
**Attorney for Debtor**

Page **2** of **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21257-GLT |
| Donald Turacy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Donald Turacy, 3323 Hermar Court, Murrysville, PA 15668-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as trustee for the holders of the Home Equity Pass-Through Certificates, Series 2003-2 bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Lawrence W. Willis | on behalf of Debtor Donald Turacy ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5