**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Donald Turacy, | : | Case No. 22-21257-GLT |
| | : | |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Donald Turacy, | : | Chapter 13 |
| | : | |
| Movant | : | |
| | : | Related to Docket No. 65 |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | Hearing Date and Time: |
| Chapter 13 Trustee, | : | August 9, 2023 at 10:00 AM |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION TO EMPLOY SPECIAL COUNSEL IN PERSONAL INJURY CASE FILED AT DOCKET NO. 65**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on July 3, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 20, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: July 21, 2023          By: /s/ Lawrence Willis Esquire
                              Lawrence W Willis, Esquire
                              PA I.D. # 85299
                              Willis & Associates
                              201 Penn Center Blvd
                              Pittsburgh, PA 15235
                              Tel: 412.235.1721
                              Fax: 412.542.1704
                              lawrencew@urfreshstrt.com
                              Attorney for Debtors