**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Donald Turacy,** | : | Case No. 22-21257-GLT |
| | : | |
| **Debtor** | : | |

***********************************************************************

| | | |
|---|---|---|
| **Donald Turacy,** | : | Chapter 13 |
| | : | |
| **Movant** | : | |
| | : | Related to Docket No. 79 |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | Hearing Date and Time: |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age and that I served a true and correct copy of the within Order Dated July 21, 2023 (Order Granting Application to Employ) filed herewith on the parties at the addresses on the attached matrix by first class mail.

Respectfully submitted,

Date: July 25, 2023

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors

**MATRIX OF PARTIES SERVED**

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Donald Turacy
3323 Hermar Court
Murrysville, PA 15668

Joshua P. Ward, Esq.
J.P. Ward & Associates LLC
201 S Highland Avenue
Pittsburgh, PA 15206

Capital One Attn: Bnakruptcy P.O. Box 30285 Salt Lake City, UT 84130

Citibank/Goodyear Attn: Bnakruptcy Po Box 790034 St Louis, MO 63179

Credit One Bank Attn: Bankruptcy Department Po Box 98873 Las Vegas, NV 89193

KML Law 701 Market St #5000 Philadelphia, PA 19106

Pionr Captl Po Box 719

Anoka, MN 55303

Select Portfolio PO Box 65250 Salt Lake City, UT 84165

Select Portfolio Servicing PO Box 65450 Salt Lake City, UT 84165

Synchrony Bank/JCPenney Attn: Bankruptcy Po Box 965060 Orlando, FL 32896

US BANK NATIONAL ASSOCIATION/TRUSTEE 3815 SOUTH WEST PO BOX 65250 Salt Lake City, UT 84115-4412