**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Donald Turacy,** | : | Case No. 22-21257-GLT |
| | : | |
| **Debtor** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Donald Turacy,** | : | **Chapter 13** |
| | : | |
| **Movant** | : | |
| | : | **Related to Docket No.** |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | **Hearing Date and Time:** |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## AMENDED ORDER

**AND NOW this** _____ day of _____, <u>2024</u>, it is hereby ORDERED, ADJUDGED AND DECREED that settlement of the Debtors Wrongful Termination Lawsuit Award is approved.

IT IS FURTHER ORDERED that from the total settlement of $35,000.00, distribution shall be as follows:

1. It is Ordered that the payment of the debts related to this claim through the settlement will be paid in the amounts as followed:

    a. Attorneys Fees (J.P. Ward & Associates) ($15,577.00)

2. Trustee shall carve out of the $19,423.00 settlement proceeds she is to be sent the sum of $3,209, which amount, after deduction of Trustee fees, is to be earmarked for distribution to timely filed general prepetition unsecured creditors; and

3. The foregoing carveout for the benefit of unsecured creditors shall take priority over any conflicting language in any order including any provision for Debtor Counsel fees or any subsequently filed claim of exemptions in the settlement proceeds.

4. An Amended Schedule B & C will be filed within fifteen (15) days from the date of this Order

BY THE COURT:

_____
Gregory L. Taddonio,
Chief United States Bankruptcy Judge