**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/29/24 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| In re: | : | Case No.: | 22-21257-GLT |
|---|---|---|---|
| | : | Chapter: | 13 |
| Donald Turacy | : | | |
| | : | | |
| | : | Date: | 5/29/2024 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #83 - Motion to Approve Settlement of Wrongful Termination Lawsuit.
   #85 - Response filed by Ronda J. Winnecour
   #86 - Amended Proposed Order Addressing Trustee's Response

***APPEARANCES*:**
   Debtor:   Lawrence W. Willis
   Trustee:   Ronda J. Winnecour

**NOTES:**   [10:06]

Willis: Worked with trustee to implement language to resolve the concerns. Language put in amended proposed order filed yesterday.

Winnecour: Okay with that language.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Approve Settlement of Wrongful Termination Lawsuit* [Dkt. No. 83] is APPROVED. [DB to enter amended proposed order at dkt. no. 86].

**DATED:**  5/29/2024