**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISRICT OF PENNSYLVANIA**

FILED
5/29/24 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | |
| Donald Turacy, | : | Case No. 22-21257-GLT |
| | : | |
| Debtor | : | |

*****************************************************************

| | | |
|---|---|---|
| Donald Turacy, | : | Chapter 13 |
| | : | |
| Movant | : | |
| | : | Related to Docket No. 83 |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | Hearing Date and Time: |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

### AMENDED ORDER

AND NOW this 29th Day of May, 2024, it is hereby ORDERED, ADJUDGED AND DECREED that settlement of the Debtors Wrongful Termination Lawsuit Award is approved.

IT IS FURTHER ORDERED that from the total settlement of $35,000.00, distribution shall be as follows:

1. It is Ordered that the payment of the debts related to this claim through the settlement will be paid in the amounts as followed:

    a. Attorneys Fees (J.P. Ward & Associates) ($15,577.00)

2. Trustee shall carve out of the $19,423.00 settlement proceeds she is to be sent the sum of $3,209, which amount, after deduction of Trustee fees, is to be earmarked for distribution to timely filed general prepetition unsecured creditors; and

3. The foregoing carveout for the benefit of unsecured creditors shall take priority over any conflicting language in any order including any provision for Debtor Counsel fees or any subsequently filed claim of exemptions in the settlement proceeds.

4. An Amended Schedule B & C will be filed within fifteen (15) days from the date of this Order

_____
Gregory L. Taddonio,  drb
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21257-GLT |
| Donald Turacy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Donald Turacy, 3323 Hermar Court, Murrysville, PA 15668-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 31, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor U.S. Bank National Association as trustee for the holders of the Home Equity Pass-Through Certificates, Series 2003-2 dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lawrence W. Willis | |
| | on behalf of Debtor Donald Turacy ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5