FILED
12/10/24 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Donald Turacy | Case No. 22-21257-GLT |
| | Chapter 13 |
| Debtor(s) | |
| Ronda J. Winnecour, Chapter 13 Trustee | Related to Claim 7-2 |
| Movant(s) | Related to Docket No. 96 |
| vs. | |
| Donald Turacy | |
| Respondent(s) | |

### ORDER OF COURT

NOW, this 10th Day of December, 2024, upon consideration of the MOTION FOR ORDER AUTHORIZING TRUSTEE TO ADMINISTER SETTLEMENT PROCEEDS, it is hereby ORDERED that, as the UST Form 13-FR-S has not yet been filed and, therefore, the Court still has jurisdiction of the case and the Trustee has not yet been discharged and remains the duly appointed Trustee in this case, that:

(a)  Trustee is authorized to administer the $19,423.00 in settlement proceeds paid to her in accordance with the May 29, 2024 (Doc. 88) Order;

(b)  Trustee is authorized to carve out $3,209.00 and, after deduction of Trustee fees, distribute the balance to general unsecured creditors;

(c)  Trustee is authorized to carve out $2,538.60, and, after deduction of Trustee fees, distribute the $2,386.28 balance to Debtor Counsel for the remainder of his no-look fees; and

(d)  Trustee is authorized to refund the balance of the settlement proceeds to the Debtor, file an amended report of receipts and disbursements, and then file the UST Form 13-FR-S.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21257-GLT |
| Donald Turacy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Donald Turacy, 3323 Hermar Court, Murrysville, PA 15668-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024              Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as trustee for the holders of the Home Equity Pass-Through Certificates, Series 2003-2 dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lawrence Willis | on behalf of Debtor Donald Turacy ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association as trustee for the holders of the Home Equity Pass-Through Certificates, Series 2003-2 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2          User: auto          Page 2 of 2
Date Rcvd: Dec 10, 2024          Form ID: pdf900          Total Noticed: 1

Ronda J. Winnecour
         cmecf@chapter13trusteewdpa.com

TOTAL: 6