**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DONALD TURACY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:22-21257 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/30/2022 and confirmed on 09/13/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,704.37 |
| Less Refunds to Debtor | 14,036.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,667.82 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 1,159.73 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,159.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE ET AL | 0.00 | 16,799.67 | 0.00 | 16,799.67 |
|     Acct: 9935 | | | | |
|   US BANK NA - TRUSTEE ET AL | 92,366.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 9935 | | | | |
| | | | | 16,799.67 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD TURACY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD TURACY | 12.77 | 12.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD TURACY | 0.92 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD TURACY | 14,021.94 | 14,021.94 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD TURACY | 1.84 | 1.84 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-21257 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| LAWRENCE W WILLIS ESQ<br>Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ<br>Acct: | 3,000.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 9953 | 0.00 | 1,692.10 | 0.00 | 1,692.10 |
| RONDA J WINNECOUR TRUSTEE/CLERK<br>Acct: XXXXXXXXXXXXXXXXX1257 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 1,692.10 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CAPITAL ONE BANK USA NA<br>Acct: 0766 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA<br>Acct: 3015 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 6674 | 535.41 | 535.41 | 0.00 | 535.41 |
| LVNV FUNDING LLC<br>Acct: 8812 | 275.13 | 275.13 | 0.00 | 275.13 |
| PIONEER CAPITAL CORP<br>Acct: 1792 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK**<br>Acct: 6283 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 0890 | 1,689.84 | 1,689.84 | 0.00 | 1,689.84 |
| PINNACLE CREDIT SERVICES LLC<br>Acct: 0001 | 80.37 | 80.37 | 0.00 | 80.37 |
| UPMC PHYSICIAN SERVICES<br>Acct: 7408 | 435.57 | 435.57 | 0.00 | 435.57 |
| LVNV FUNDING LLC<br>Acct: 8282 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,016.32 |

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 21,508.09 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 92,366.10 |
| UNSECURED | 3,016.32 |

Date: 07/10/2025                                                                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com