**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Donald Turacy a/k/a Donald M. Turacy, Jr.**<br><br>                              **Debtor(s)**<br><br>**U.S. Bank National Association, as trustee for the holders of the Home Equity Pass-Through Certificates, Series 2003-2**<br><br>                              **Movant**<br>         **vs.**<br><br>**Donald Turacy a/k/a Donald M. Turacy, Jr.**<br><br>                              **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br><br>                              **Trustee** | **BK NO. 22-21257 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5-1** |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 22, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Donald Turacy a/k/a Donald M. Turacy Jr.
3323 Hermar Court
Murrysville, PA 15668

<u>Attorney for Debtor(s) (via ECF)</u>
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: <u>May 22, 2023</u>

                              */s/ Brian C. Nicholas*
                              Brian C. Nicholas Esquire
                              Attorney I.D. 317240
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              201-549-5366
                              bnicholas@kmllawgroup.com